**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 19-2049**

―――――――――

MICHAEL J. FITZGIBBONS, acting on behalf of the Director of the South
Carolina Department of Insurance, in his capacity as the Special Deputy Receiver
of the South Carolina Health Cooperative, Inc., a Multiple Employer Self-Insured
Health Plan on behalf of Director of the South Carolina Department of Insurance,

Plaintiff - Appellee,

v.

DE'SHAUN WILLIAMS,

Defendant - Appellant,

and

ALTON ATKINSON; JOHN THOMAS CHILDS, IV; LARRY BUSCH;
MICHAEL CIUFFO; CHERISE RAYMOND; ANDRE GARCIA LITTLEJOHN;
VICKIE DAMON; WINSTON COOK; MARK GOODMAN; KRISTIN
KETTERMAN; DANIEL WHEELER; REGENT FINANCIAL, d/b/a PF Holdings
LLC; KING CAPITAL GROUP; A-Z CONSULTING LLC; INTERMEDIARY
NETWORK; BUSCH LAW CENTER LLC; JJLJ FINANCIAL; PROTEGE
INVESTMENTS LLC; IGWT CONSULTING LLC; COOK BUSINESS
SERVICES LLC; JOHN DOES 1-10; INTERLINK GLOBAL MESSAGING LLC,

Defendants.

―――――――――

**No. 19-2051**

―――――――――

MICHAEL J. FITZGIBBONS, acting on behalf of the Director of the South
Carolina Department of Insurance, in his capacity as the Special Deputy Receiver

of the South Carolina Health Cooperative, Inc., a Multiple Employer Self-Insured Health Plan on behalf of Director of the South Carolina Department of Insurance,

Plaintiff - Appellee,

v.

CHERISE RAYMOND,

Defendant - Appellant,

and

ALTON ATKINSON; JOHN THOMAS CHILDS, IV; LARRY BUSCH; MICHAEL CIUFFO; DE'SHAUN WILLIAMS; ANDRE GARCIA LITTLEJOHN; VICKIE DAMON; WINSTON COOK; MARK GOODMAN; KRISTIN KETTERMAN; DANIEL WHEELER; REGENT FINANCIAL, d/b/a PF Holdings LLC; KING CAPITAL GROUP; A-Z CONSULTING LLC; INTERMEDIARY NETWORK; BUSCH LAW CENTER LLC; JJLJ FINANCIAL; PROTEGE INVESTMENTS LLC; IGWT CONSULTING LLC; COOK BUSINESS SERVICES LLC; JOHN DOES 1-10; INTERLINK GLOBAL MESSAGING LLC,

Defendants.

Appeals from the United States District Court for the District of South Carolina, at Anderson. Jacquelyn Denise Austin, Magistrate Judge. (8:17-cv-02092-TMC-JDA)

Submitted: January 21, 2020                                   Decided: January 23, 2020

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

De'Shaun Williams, Cherise Raymond, Appellants Pro Se. Russell Grainger Hines, YOUNG CLEMENT RIVERS, LLP, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants De'Shaun Williams and Cherise Raymond seek to appeal the magistrate judge's recommendation to partially grant and partially deny their respective motions for summary judgment on civil claims that they conspired to defraud South Carolina Health Cooperative, Inc. ("SCHC"), a multiple employer welfare arrangement. Appellee Michael J. FitzGibbons, acting in his capacity as the Special Deputy Receiver of SCHC, moves to dismiss the appeals for lack of jurisdiction.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The report Williams and Raymond seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant FitzGibbons' motion and dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*